IN THE UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 MAY 28  PM 1:00

DEPUTY CLERK

Lisa Lazzari,
    Plaintiff,

vs.

Mark Cuban, American Broadcasting
Company a/k/a ABC,
ESPN INC., Walt Disney CO.,

    Defendants.

**3-14CV1926-M**

## I. JURISDICTION & VENUE

1. This is a preliminary injunction, temporary restraining order, TRO along with a civil action violation of Title VII of the 1964 Civil Rights Act for Sexual Harassment against Defendant Mark Cuban and Defendants. Plaintiff seeks $15,000,000.00 dollars in punitive and compensatory damages against the defendants for emotional and psychological distress. Plaintiff demands a jury trial. This Court has jurisdiction under 28 U.S.C. 1331 & 1343(a)(3) because this is where defendant Mark Cuban owner of the Dallas Mavericks resides.

## II. PLAINTIFF

2. Plaintiff, Lisa Lazzari, Sui Juris is a Pennsylvania resident from Harrisburg, Pennsylvania who's relative Lani Lazzari owns Simple Sugars located in Sharpsburg, Pennsylvania.

## III. DEFENDANTS

3. Defendant, Mark Cuban, who is owner of the Dallas Mavericks NBA team and is a investor on ABC's Shark Tank which airs Friday Nights.

4. Defendant, American Broadcasting Companies a/k/a ABC airs the show Shark Tank which hired defendant Mark Cuban, Walt Disney CO. is the parent owner of Defendant ABC and ESPN.

## IV. FACTS

5. Mark Cuban invested into Lani Lazzari's Simple Sugars Business on Shark Tank.

6. In the winter Mark Cuban visited the store in Sharpsburg, PA. I was there and Mark Cuban told me I look hot and I told him I'm a lesbian. Mark Cuban told me to perform oral sex on him in the bathroom and if I don't Cuban will quit his investment in Simple Sugars.

7. Mark Cuban told me if I give him a handjob, he will give me season tickets in a suite at the Dallas Mavericks. I told Cuban NO, that I'm lesbian. Cuban then said he hates Dykes, I must be a dumb liberal from San Francisco, Harvey Micks cousin. I was offended.

8. Mark Cuban said he wished gays were banned in the military. Mark Cuban then blackmailed me and said, "I owe you and Lani's panties", Mark Cuban then said, "he will negotiate like on Shark Tank." Cuban said, "I have to give him

phone sex every night for a month or he will stop all the Simple Sugar sales at Giant Eagle, Schiller's Pharmacy, Hunter Pharmacy, So Me Boutique and that Lani will go out of business.

9. This is not right and fear Lani worked too hard in her life for a sexual creep like Cuban to destroy it cause he's a sexual pervert and ABC Shark Tank should be ashamed of themselves for allowing Cuban's sexual behavior where I know he sexually harasses other small business females that he invested in on Shark Tank.

10. I'm whistleblowing against Shark Tank which is nothing but a payday loan sharking enterprise extorting and canning small businesses with hostile takeovers and high loans which is unfair to the consumer.

11. Defendants are in violation of unfair and deceptive trade practices and violations of credit practice rules and the Electronic Fund Transfer Act. dupping people with extortional credit transactions that come on Shark Tank.

12. Lori Greiner, the Queen of QVC and her husband Daniel, who own For Your Ease only has already been sued in Federal Court in Illinois by Mostly Memories Inc. for fraud and copyright violations under the Illinois Trade Secrets Act.

13. Lori Greiner's July Marion Salad Bowl is defective. Greiner is ripping off Americans on Shark Tank and Mark Cuban told me Greiner had an affair on her husband with Mark Cuban at Hilton Hotels in Chicago after a Chicago Bulls game.

14. Damond John of Fubu & LL Cool J. James Todd Smith was sued in Federal court by Tyrone T. McRae for fraud Fubu clothing made at illegal sweat shops in China by force labors at .06¢ a hour making Fubu, Najee Llc and Sea Biau products.

15. Defendants are nothing but loansharking Mafia people. Shark Tank is a scam. Ever since Mark Cuban got hired by ESPN/ABC/DISNEY, ESPN never shows Mark Cuban saying racist comments, using profanity or masterbating in his seat during a Dallas Mavericks game. ABC/DISNEY/ESPN is protecting Mark Cuban cause he works for them now.

16. Plaintiff is scared Mark Cuban will kill her for whistleblowing and scared Lani Lazzari will lose her business. I speak up for all Lesbians and will not tolerate Mark Cuban's Anti-Gay comments and his racism.

17. I seek a restraining order against Mark Cuban appearing on Shark Tank. Since Mark Cuban has been sexually harassing me I have nightmares and I have to see a psychologist.

### V. PRAYER FOR RELIEF

Wherefore, plaintiff seeks a restraining order against Mark Cuban, ABC and DISNEY to keep Mark Cuban off Shark Tank. Plaintiff seeks a FBI investigation of Mark Cuban sexually harassing all others similarly situated and for Mark Cuban committing tax evasion and fraud. Plaintiff seeks $15,000,000.00 in damages.

Date: May 9, 2014

Respectfully submitted,

*Lisa Lazzari*

Lisa Lazzari
P.O. BOX 62525
Harrisburg, PA 17120



PHILADELPHIA PA 190
23 MAY 2014 PM 8 L

Lisa Lazzari
P.O. Box 62525
Harrisburg, PA 17120

U.S. District Court
Northern District of Texas
1100 Commerce St. Rm. 1452
Dallas, TX 75242

RECEIVED 2
MAY 28 2014

75242$1310 C001