IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA LAZZARI, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:14-CV-1926-M-BH |
| | ) | |
| MARK CUBAN, et. al, | ) | |
|     Defendants. | ) | Referred to U.S. Magistrate Judge |

**JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This case is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**DATED this 18th day of July, 2014.**

*/s/ Barbara M. G. Lynn*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**